UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOWANA MCKINNEY,

       Plaintiff,                                  Hon. Janet T. Neff

v.                                                  Case No. 1:16-cv-00139

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter was filed in the Eastern District of Michigan on May 19, 2014 and transferred to this district on February 10, 2016. A notice regarding consent and filing of briefs was filed on February 16, 2016. (ECF No. 24). Plaintiff failed to participate regarding consent and failed to file her initial brief. Plaintiff was ordered to show cause by April 18, 2016 why her case should not be dismissed for failure to prosecute, (ECF No. 29), to which Plaintiff has failed to respond.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

                Respectfully submitted,

Date:  May 5, 2016            /s/ Ellen S. Carmody
                ELLEN S. CARMODY
                United States Magistrate Judge

  OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).