UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOWANA MCKINNEY,

    Plaintiff,                                                  Case No. 1:16-cv-139

v.                                                        HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 5, 2016, recommending that this Court dismiss this matter pursuant to FED R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is DISMISSED pursuant to FED R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

A Judgment will be entered consistent with this Order.


Dated: May 24, 2016                                              /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge